IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FT EXPRESS | : | CASE NO: 3:08CV0340 |
| *Plaintiff,* | : | |
| | : | Judge Rose |
| BARKO ENTERPRISES INC., et. Al., | : | |
| *Defendants.* | : | |
| | : | ENTRY |

THIS MATTER, having come before the Court upon Plaintiff's Motion to Withdraw Motion for a Temporary Restraining Order and Preliminary Injunction, the Court being duly advised herein, finds said request to be WELL TAKEN and does hereby GRANT the same.

**SO ORDERED:**

JUDGE:

Prepared by: ____/s/ John J. Scaccia____
John J. Scaccia reg. #0022217
**Scaccia & Associates, LLC.**
*Attorney for Defendant*
536 West Central Avenue
Second Floor
Springboro, Ohio 45066
(937) 223-7848
(937) 223-7845 (Fax)

1